**Opinion issued May 1, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NOS. 01-12-00650-CR**
**01-12-00651-CR**

———————————

**GEOVANNY FRANCISCO LAGUAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 3**
**Fort Bend County, Texas**
**Trial Court Case Nos. 11-CCR-158234 & 11-CCR-158058**

## MEMORANDUM OPINION

Appellant, Geovanny Francisco Laguan, was convicted of operating a motor vehicle without a driver's license and cutting across a driveway at an intersection to turn from one highway to another. *See* TEX. PENAL CODE ANN. § 12.41(3)

(Vernon 2011) & TEX. TRANSP. CODE ANN. § 521.025 (Vernon 2013). Appellant did not request or pay for a reporter's record for over a year after these appeals were filed. The record contains no suggestion that appellant is indigent, nor has appellant made any request that a record be provided at no cost to him. After appellant was given notice and an opportunity to cure, which he failed to do, this Court ordered that the appeals be submitted for decision without a reporter's record. *See* TEX. R. APP. P. 37.3(c)(1). Appellant's briefs were due August 19, 2013. However, appellant did not file briefs, and this Court ordered that the cases be submitted without briefs if none were filed by October 17, 2013. Four months have passed and no briefs have been filed. *See* TEX. R. APP. P. 38.8(b)(4). Absent briefs, no issues are presented for our review. Nevertheless, in the interest of justice, we have reviewed the record for unassigned fundamental error. *See Lott v. State*, 874 S.W. 2d 687, 688 (Tex. Crim. App. 1994) (reviewing appeal for unassigned fundamental error when appellant failed to file brief on appeal). Finding no unassigned fundamental error, we affirm the trial court's judgment.

Sherry Radack
Chief Justice

Panel consists of Chief Justice Radack and Justices Massengale and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).